THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ORENCIO SERRANO, Defendant-Appellant.

First District (2nd Division)   No. 1—07—2486

Opinion filed July 14, 2009.

The opinion filed July 14, 2009, in *People v. Serrano*, No. 1-07-2486, was withdrawn by the Appellate Court, First District, on July 22, 2010.